IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLIE B. BUSH JR., | ) | 4:09CV3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL THURBER, Director, | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the court's November 24, 2009, Memorandum and Order (filing no. 17), the plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 19). Upon review of the plaintiff's motion, the court finds that the plaintiff is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted.

    Dated January 4, 2010.

                                  BY THE COURT

                                  s/ Warren K. Urbom
                                  United States Senior District Judge